Sander L. Esserman, Esq.
Cliff I. Taylor, Esq.
STUTZMAN, BROMBERG, ESSERMAN
& PLIFKA, a Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas 75201
(214) 969-4900

and

Douglas T. Tabachnik, Esq. (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
(732) 792-2760

**ATTORNEYS FOR ADKINS CLAIMANTS**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 07-12148 [BRL] |
| ALPER HOLDINGS USA, INC., | |
| Debtor. | |

## NOTICE OF APPEAL

The Adkins Claimants[1] hereby appeal under 28 U.S.C. § 158(a) and Federal

Rules

---

[1] The Adkins Claimants include Donald Adkins, Kristi Adkins, Hunter Adkins, Chad Beard, Patricia Beard, Emily Beard, Eric Christian, Peyton Christian, Jennifer Casteel, Timothy DeLoach, Kimberly DeLoach, Paxton DeLoach, Anthony Fambrough, Keysha Fambrough, Autumn Fambrough, Shonda Heflin, John Christopher Stiver, Sydney Stiver, David Heimbach, Jodie Heimbach, Kassidy Heimbach, Dawson Heimbach, Mason Heimbach, Scott Herkimer, Darcie Herkimer, Samuel Herkimer, Steven Jones, Melissa Jones, Mya Jones, Barry Piland, Christie Piland, Luke Piland, Travis Wood, Amy Wood and Lauren Wood as well as Priscilla Fowler and Jason Stewart—who together filed

of Bankruptcy Procedure 8001 and 8002 from the Memorandum Decision and Order on Objection of Alper Holdings USA, Inc. to Proofs of Claim (Claim Nos. 14, 15, 16, 17, 18, 19, 22, 23, 24, 25, 26, 27, 28) Filed by the Adkins Claimants [Bankr. Docket No. 199] entered on April 3, 2008.  This Notice of Appeal is timely pursuant to Federal Rules of Bankruptcy Procedure 8002 and 9006.  In accordance with Federal Rule of Bankruptcy Procedure 8001(a), the names of all parties to the orders appealed from and the parties to this appeal and the names and addresses of their respective counsel are as follows:

| | |
|---|---|
| Douglas T. Tabachnik, Esq.<br>Law Offices of Douglas T. Tabachnik, P.C.<br>Woodhull House<br>63 W. Main Street, Suite C<br>Freehold, New Jersey 07728<br>Telephone: 732.792.2760<br><br>***ATTORNEYS FOR THE ADKINS CLAIMANTS*** | Luc A. Despins, Esq.<br>Jessica L. Fink, Esq.<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, New York 10005<br>Telephone:  212.530.5000<br>Facsimile: 212.530.5219<br><br>***ATTORNEYS FOR DEBTOR, ALPER HOLDINGS USA, INC.*** |
| Sander L. Esserman, Esq.<br>Cliff I. Taylor, Esq.<br>Stutzman, Bromberg, Esserman & Plifka, a Professional Corporation<br>2323 Bryan Street, Suite 2200<br>Dallas, Texas 75201<br>Telephone: 214.969.4900<br>Facsimile: 214.969.4999<br><br>***ATTORNEYS FOR THE ADKINS CLAIMANTS*** | Andrew M. Leblanc<br>Milbank, Tweed, Hadley & McCloy LLP<br>Suite 1100<br>International Square Building<br>1850 K Street, N.W.<br>Washington, DC 20006<br>Telephone: 202.835.7574<br>Facsimile: 202.835.7586<br><br>***ATTORNEYS FOR DEBTOR, ALPER HOLDINGS USA, INC.*** |

Dated:  April 10, 2008.                                    Respectfully submitted,

                                                                         */s/ Douglas T. Tabachnik*
                                                                         ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

---

proof of claim no. 17—and James Dakota Stewart, Charity Comeaux, and Joshua Campbell—who together filed proof of claim 27.

2

Douglas T. Tabachnik (DT 6337)
LAW OFFICES OF
DOUGLAS T. TABACHNIK, P.C.
Woodhull House
63 W. Main Street, Suite C
Freehold, New Jersey 07728
Telephone:  (732) 792-2760
Facsimile:  (732) 792-2761

and

Sander L. Esserman
Cliff I. Taylor
STUTZMAN, BROMBERG,
ESSERMAN & PLIFKA,
A Professional Corporation
2323 Bryan Street, Suite 2200
Dallas, Texas  75201
Telephone:  (214) 969-4900
Facsimile:  (214) 969-4999

**ATTORNEYS FOR THE ADKINS CLAIMANTS**